```
IN THE UNITED STATES DISTRICT COURT
 FOR THE WESTERN DISTRICT OF TENNESSEE
             WESTERN DIVISION
```

| | |
|---|---|
| **REBECCA EDWARDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-cv-02682-TMP |
| ) | |
| **SHELBY COUNTY, TENNESSEE,** ) | |
| a Tennessee municipality ) | |
| operating as the **SHELBY COUNTY** ) | |
| **HEALTH DEPARTMENT,** ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING MOTION FOR STATUS CONFERENCE**

On June 5, 2024, the parties filed a Joint Motion for a Status Conference. (ECF No. 52.) They explain that they are seeking to alter the current June 10, 2024 deadline for Motions in Limine and the Joint Pretrial Order because the court's ruling on the Motion for Summary Judgment (ECF No. 38) is still pending. The ruling on the motion will be made no later than Wednesday, June 12, 2024. The June 10, 2024 deadline is stayed and a new deadline will be set should any triable issues remain. If the motion is not granted, the trial date will be held on July 15, 2024, per the scheduling order.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

```
June 6, 2024
Date
```