```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| **REBECCA EDWARDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-cv-02682-TMP |
| ) | |
| **SHELBY COUNTY, TENNESSEE,** ) | |
| **a Tennessee municipality** ) | |
| **operating as the SHELBY COUNTY** ) | |
| **HEALTH DEPARTMENT,** ) | |
| ) | |
| Defendant. ) | |

## ORDER RESETTING PRE-TRIAL DEADLINES

Pursuant to the parties' consent to the jurisdiction of the Magistrate Judge, the court hereby sets the following dates for the submission of the final joint pre-trial order, pre-trial conference, and trial:

1. The final joint pre-trial order shall be sent electronically in a word processing format to ECF_Judge_Pham@tnwd.uscourts.gov by Monday, June 24, 2024, at 12:00 p.m. Central Standard Time.

2. All motions in limine are due by Monday, June 24, 2024, at 12:00 p.m. Central Standard Time. Responses in opposition to motions in limine are due by Thursday, June 27, 2024, at 12:00 p.m. Central Standard Time.

3. The pre-trial conference is set for Monday, July 1, 2024, at 9:30 a.m., Federal Building, Courtroom #6, Third Floor, Memphis, Tennessee. In the event that counsel are unavailable on this date, the court will consider setting the pre-trial conference on Thursday, June 27, 2024, at 9:30 a.m., Federal Building, Courtroom #6, Third Floor, Memphis, Tennessee. Please notify Judge Pham's chambers immediately if counsel are unable to appear for the July 1 conference.

4. The Jury trial remains set for Monday, July 15, 2024, at 9:30 a.m., Federal Building, Courtroom #6, Third Floor, Memphis, Tennessee.

*Absent good cause, the dates established by this order shall not be extended or modified.*

```
                              s/Tu M. Pham
                              TU M. PHAM
                              Chief United States Magistrate Judge

                              June 13, 2024
                              Date
```